UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: BETSEY WARREN LEBBOS,

    Debtor.
_____/
U.S. TRUSTEE,

                                    NO. CIV. S-09-1252 LKK

    Plaintiff,

  v.                                    <u>O R D E R</u>

BETSEY WARREN LEBBOS,

    Defendant.
_____/

    Defendant/appellant is proceeding pro se and in forma pauperis in this bankruptcy appeal. The clerk of the court has set a briefing schedule for this appeal pursuant to Fed. R. Bankr. P. 8009 (Doc. No. 6), which the court has modified by two subsequent orders (Doc. Nos. 9, 16). This schedule, as amended, states that "Once all briefs have been submitted, the appellant is to notify the court in writing, within ten (10) days after service of appellant's reply brief, that the appeal is ready for oral argument." (Doc. No. 9). Appellant now requests that no oral

1

1  argument be held in this matter.  (Doc. No. 18).  The court agrees
2  that oral argument will not be necessary.  This matter will be
3  resolved on the papers. Because no hearing has yet been scheduled,
4  none needs to be vacated.  The court does not find the remaining
5  contentions raised in appellant's October 16, 2009 filing
6  appropriate for decision or comment at this time.
7      IT IS SO ORDERED.
8      DATED:  October 26, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT