```
 1
 2
 3
 4
 5
 6
 7                     UNITED STATES DISTRICT COURT
 8                 FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    IN RE: BETSEY WARREN LEBBOS,
10
             Debtor.
11  _____/
    U.S. TRUSTEE,
12                                         NO. CIV. S-09-1252 LKK
13           Plaintiff,
14       v.                                    O R D E R
15  BETSEY WARREN LEBBOS,
16
             Defendant.
17  _____/
```

This court issued an order on October 6, 2010, denying appellant/debtor Lebbos' appeal of two orders by the bankruptcy court. ECF No. 26. Appellant has filed a Motion for Reconsideration of that order, and the motion is set for hearing on November 22, 2010. ECF No. 28. The court does not find oral argument necessary in this matter. Accordingly, the hearing on the above motion, currently set for November 22, 2010, is VACATED. The deadline for submission of parties' papers, if any, remains unchanged.

////

1

1   IT IS SO ORDERED.

2   DATED:  October 28, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT